IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EUSEBIO IKE DEVARGAS,

    Plaintiff,

vs.                                                         No. CV 21-00897 KG/GJF

UNITED STATES OF AMERICA
U.S.C. 922,

    Defendant.

## JUDGMENT

THIS MATTER is before the Court under Fed. R. Civ. P. 41(b) on the Civil Complaint filed by Plaintiff Eusebio Ike DeVargas (Doc. 1) and the Court having entered its Memorandum Opinion and Order dismissing the case without prejudice,

IT IS ORDERED that JUDGMENT is entered and the Civil Complaint filed by Plaintiff Eusebio Ike DeVargas (Doc. 1) is DISMISSED without prejudice under Fed. R. Civ. P. 41(b).

                                                                   UNITED STATES DISTRICT JUDGE